IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEN LOPEZ,  No. C 08-05396 SI

        Plaintiff, **PRETRIAL PREPARATION ORDER**

  v.

UNITED PARCEL SERVICE, INC.,

        Defendant.
                                      /

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 19, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 11, 2009.

DESIGNATION OF EXPERTS: 10/2/09; REBUTTAL: 10/23/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 8, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2009;

    Opp. Due November 30, 2009;  Reply Due December 7, 2009;

   and set for hearing no later than December 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 23, 2010 at 3:30 PM.

JURY TRIAL DATE: March 8, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur within 150 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                 Susan Illston
                                                SUSAN ILLSTON
                                                United States District Judge

**United States District Court**
For the Northern District of California