IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEN LOPEZ,

        Plaintiff,

  v.

UNITED PARCEL SERVICE, INC.,

        Defendant.

No. C 08-05396 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: N/A
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 12, 2009.

DESIGNATION OF EXPERTS: 10/26/10; REBUTTAL: 11/16/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 11, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by January 22, 2010;

    Opp. Due February 5, 2010; Reply Due February 12, 2010;

    and set for hearing no later than February 26, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 30, 2010 at 3:30 PM.

JURY TRIAL DATE: April 12, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                          SUSAN ILLSTON
                          United States District Judge