1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE (Cal. State Bar No. 167324)
2 | RISHI N. SHARMA (Cal. State Bar No. 239034)
RYAN C. HESS (Cal. State Bar No. 263079)
3 | 55 Second Street, 24th Floor
San Francisco, California 94105-3441
4 | Telephone: (415) 856-7000
Facsimile: (415) 856-7100
5 | jeffgrube@paulhastings.com
rishisharma@paulhastings.com
6 | ryanhess@paulhastings.com

7 | Attorneys for Defendant
UNITED PARCEL SERVICE, INC.
8 |

9 | MARK C. PETERS (Cal. State Bar No. 160611)
DUCKWORTH • PETERS • LEBOWITZ LLP
10 | 235 Montgomery Street, Suite 1010
San Francisco, California 94104
11 | Telephone: (415) 433-0333
Facsimile: (415) 449-6556
12 | mark@dplsf.com

13 | JOHN A. FURUTANI (Cal. State Bar No. 161757)
FURUTANI & PETERS LLP
14 | 350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
15 | Telephone: (626) 844-2437
Facsimile: (626) 844-2442
16 | JAFurutani@furutani-peters.com

17 | Attorneys for Plaintiff
BEN LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LOPEZ, | No. C-08-5396 SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |
| UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |

**STIPULATION**

1.   On March 6, 2009, following the initial case management conference, the Court ordered the parties to complete mediation with 150 days, or August 3, 2009.  On June 19, 2009, the parties appeared for the further case management conference and requested the Court continue the deadline to October 5, 2009, which the Court granted following the case management conference.

2.   The parties have participated in several telephone conferences with the Court's ADR staff and the court-appointed mediator.  During these conversations, it has been difficult to schedule the mediation given the parties' conflicting trial schedules and the pendency of 53 other individual wage-and-hour lawsuits against United Parcel Service, Inc. alleging the same causes of action Plaintiff alleges in this action.  The parties believe that until further cases proceed to trial, they will be unable to mediate a compromised valuation of Plaintiff's claim.  In addition, scheduling is made more difficult by the pendency of *Rhinehart v. United Parcel Service, Inc.*, No. C-09-0741 SI, and *Kline v. United Parcel Service, Inc.*, No. C-09-0742 SI, which are both before this Court, involve the same parties and legal claims, and have the same deadline to complete mediation.

3.   Based on their trial schedules, the progress of discovery, and the desire to mediate this case in conjunction with its related cases, the parties agree to continue the deadline to complete mediation to December 31, 2009, and ask the Court adopt the parties' stipulation.

4.   The parties also stipulate to continue discovery deadlines to permit further exchanges in advance of mediation and with an eye towards potential settlement as follows:  Non-expert discovery cut-off to November 15, 2009; designation of experts to November 15, 2009; designation of rebuttal experts to November 30, 2009; and expert discovery cut-off to December 31, 2009.  All other pre-trial dates, including those related to dispositive motions, the pre-trial conference, and the trial date are to remain unchanged.

///
///
///
///
///

1  Dated:  September 3, 2009.    PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                 E. JEFFREY GRUBE
2                                RISHI N. SHARMA
                                 RYAN C. HESS
3

4
                                 By: /s/ Rishi N. Sharma
5                                    Rishi N. Sharma
                                     Attorneys for Defendant
6                                    UNITED PARCEL SERVICE, INC.

7  DATED:  September 3, 2009.    DUCKWORTH • PETERS • LEBOWITZ LLP
                                 FURUTANI & PETERS LLP
8

9
                                 By: /s/ Mark C. Peters
10                                   MARK C. PETERS
                                     Attorneys for Plaintiff
11                                   BEN LOPEZ

-2- STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE

**[PROPOSED] ORDER**

Good causing appearing, the Court adopts the parties' stipulation as the order of the Court. The deadline to complete mediation is extended from October 5, 2009, to December 31, 2009, and the discovery deadlines are modified according to the parties' stipulation.

IT IS SO ORDERED.

Dated: September __, 2009.

_____
Susan Illston
United States District Judge