1  E. JEFFREY GRUBE (Cal. State Bar No. 167324)
   RYAN C. HESS (Cal. State Bar No. 263079)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5  jeffgrube@paulhastings.com
   ryanhess@paulhastings.com
6
   ELIZABETH A. BROWN (Cal. State Bar No. 235429)
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
8  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
9  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
10 elizabethbrown@paulhastings.com

11 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
12
   *Additional Counsel on Next Page.*
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LOPEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive,<br><br>        Defendants. | No. C-08-5396 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF EXHIBITS** |


1  MARK C. PETERS (Cal. State Bar No. 160611)
   DUCKWORTH • PETERS • LEBOWITZ LLP
2  235 Montgomery Street, Suite 1010
   San Francisco, California  94104
3  Telephone: (415) 433-0333
   Facsimile:  (415) 449-6556
4  mark@dplsf.com

5  JOHN A. FURUTANI (Cal. State Bar No. 161757)
   FURUTANI & PETERS LLP
6  350 West Colorado Boulevard, Suite 200
   Pasadena, California  91105
7  Telephone: (626) 844-2437
   Facsimile:  (626) 844-2442
8  JAFurutani@furutani-peters.com

9  Attorneys for Plaintiff
   BEN LOPEZ

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 64383640.1

STIPULATION AND [PROPOSED] ORDER
RE ADMISSIBILITY OF EXHIBITS
U.S.D.C, N.D. Cal. No. C-08-5396 SI

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the following exhibits are admitted into evidence:  Nos. 11, 12, 24, 26, 29, 30, 107, 108, 109, 110, 112, 113, 115, 116, 117, 121, 122, 123, 124, 134, 137, 138, 139, 142, 143, 144, 151.

Dated:  April 11, 2010        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Elizabeth A. Brown_____
Elizabeth A. Brown
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED:  April 11, 2010        DUCKWORTH • PETERS • LEBOWITZ LLP
FURUTANI & PETERS LLP

By:_____/s/ Mark C. Peters_____
MARK C. PETERS
Attorneys for Plaintiff
BEN LOPEZ

**[PROPOSED] ORDER**

Good causing appearing, the Court adopts the parties' stipulation as the order of the Court. The following exhibits are admitted into evidence: Nos. 11, 12, 24, 26, 29, 30, 107, 108, 109, 110, 112, 113, 115, 116, 117, 121, 122, 123, 124, 134, 137, 138, 139, 142, 143, 144, 151.

IT IS SO ORDERED.

DATED: _____, 2010

_____
Susan Illston
United States District Judge