1  E. JEFFREY GRUBE (Cal. State Bar No. 167324)
   RYAN C. HESS (Cal. State Bar No. 263079)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5  jeffgrube@paulhastings.com
   ryanhess@paulhastings.com
6
   ELIZABETH A. BROWN (Cal. State Bar No. 235429)
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
8  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
9  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
10 elizabethbrown@paulhastings.com

11 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
12
   *Additional Counsel on Next Page.*
13

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18 BEN LOPEZ,                            No. C-08-5396 SI

19              Plaintiff,

20       vs.                            **STIPULATION AND [PROPOSED] ORDER
                                        REGARDING ADMISSIBILITY OF
21 UNITED PARCEL SERVICE, INC., and     EXHIBITS**
   DOES 1 through 25, inclusive,
22
              Defendants.
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RE ADMISSIBILITY OF EXHIBITS
U.S.D.C, N.D. Cal. No. C-08-5396 SI

1

2   MARK C. PETERS (Cal. State Bar No. 160611)
    DUCKWORTH • PETERS • LEBOWITZ LLP
    235 Montgomery Street, Suite 1010
3   San Francisco, California  94104
    Telephone: (415) 433-0333
    Facsimile:  (415) 449-6556
4   mark@dplsf.com

5   JOHN A. FURUTANI (Cal. State Bar No. 161757)
    FURUTANI & PETERS LLP
6   350 West Colorado Boulevard, Suite 200
    Pasadena, California  91105
7   Telephone: (626) 844-2437
    Facsimile:  (626) 844-2442
8   JAFurutani@furutani-peters.com

9   Attorneys for Plaintiff
    BEN LOPEZ

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

2    counsel, that the following exhibits are admitted into evidence:  Nos. 11, 12, 24, 26, 29, 30, 107, 108,

3    109, 110, 112, 113, 115, 116, 117, 121, 122, 123, 124, 134, 137, 138, 139, 142, 143, 144, 151.

4

5    Dated:  April 11, 2010            PAUL, HASTINGS, JANOFSKY & WALKER LLP

6

7                                     By: _____/s/ Elizabeth A. Brown_____

8                                           Elizabeth A. Brown
                                           Attorneys for Defendant

9                                     UNITED PARCEL SERVICE, INC.

     DATED:  April 11, 2010          DUCKWORTH • PETERS • LEBOWITZ LLP
10                                   FURUTANI & PETERS LLP

11

12                                   By:_____/s/ Mark C. Peters_____

13                                          MARK C. PETERS
                                           Attorneys for Plaintiff
14                                          BEN LOPEZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          Good causing appearing, the Court adopts the parties' stipulation as the order of the Court.  The

3    following exhibits are admitted into evidence:  Nos. 11, 12, 24, 26, 29, 30, 107, 108, 109, 110, 112, 113,

4    115, 116, 117, 121, 122, 123, 124, 134, 137, 138, 139, 142, 143, 144, 151.

5          IT IS SO ORDERED.

6

7    DATED: _____, 2010

8                                                    _____

9                                                            Susan Illston
                                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 64383640.1