IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEN LOPEZ,                                              No. C 08-5396 SI

        Plaintiff,                                     **SPECIAL VERDICT**

  v.

UNITED PARCEL SERVICE, INC.,

        Defendant.
                                    /

We, the jury in the above entitled case, find the following on the questions put to us:

**SECTION I – HUB SUPERVISOR**

Plaintiff was a Hub Supervisor with UPS on the following dates:

> March 5, 2001 through May 12, 2004
> January 1, 2006 through July 31, 2006
> October 23, 2006 through January 31, 2008

**Question 1:** Did UPS prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that in performing his job as Hub Supervisor, plaintiff Ben Lopez was an exempt employee under either the executive exemption or the administrative exemption?

YES _____        NO _____

If your answer to Question 1 was "Yes," do not answer the next questions; instead, skip down to Question 8.  If your answer to Question 1 was "No," please answer the next question.

**Question 2:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that he worked overtime hours during the time he performed his job as Hub Supervisor?

YES _____        NO _____

If your answer to Question 2 was "No," do not answer the next question; instead, skip down to Question 4.  If your answer to Question 2 was "Yes," please answer the next question.

**Question 3:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for unpaid overtime for the days he worked as Hub Supervisor?

$_____

2

**Question 4:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to provide him meal breaks during the time he performed his job as Hub Supervisor?

YES _____          NO _____

If your answer to Question 4 was "No," do not answer the next question; instead, skip down to Question 6. If your answer to Question 4 was "Yes," please answer the next questions.

**Question 5:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the meal breaks UPS failed to provide during the time he worked as Hub Supervisor?

$_____

**Question 6:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to authorize and permit him rest breaks during the time he performed his job as Hub Supervisor?

YES _____          NO _____

If your answer to Question 6 was "No," do not answer the next question; instead, skip down to Question 8. If your answer to Question 6 was "Yes," please answer the next question.

**Question 7:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the rest breaks UPS failed to authorize and permit during the time he worked as Hub Supervisor?

$_____

Please answer the next question.

3

**SECTION II – PRELOAD SUPERVISOR**

Plaintiff was a Preload Supervisor with UPS on the following dates:

    August 1, 2006 through October 22, 2006

**Question 8:** Did UPS prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that in performing his job as Preload Supervisor, plaintiff Ben Lopez was an exempt employee under either the executive exemption or the administrative exemption?

                YES \_\_\_\_\_            NO \_\_\_\_\_

If your answer to Question 8 was "Yes," do not answer the next questions; instead, skip down to Question 15.  If your answer to Question 8 was "No," please answer the next question.

**Question 9:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that he worked overtime hours during the time he performed his job as Preload Supervisor?

                  YES \_\_\_\_\_            NO \_\_\_\_\_

If your answer to Question 9 was "No," do not answer the next question; instead, skip down to Question 11.  If your answer to Question 9 was "Yes," please answer the next questions.

**Question 10:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for unpaid overtime for the days he worked as Preload Supervisor?

                  $_____

**Question 11:**  Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to provide him meal breaks during the time he performed his job as Preload Supervisor?

       YES _____    NO _____

If your answer to Question 11 was "No," do not answer the next question; instead, skip down to Question 13.  If your answer to Question 11 was "Yes," please answer the next questions.

**Question 12:**  What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the meal breaks UPS failed to provide during the time he worked as Preload Supervisor?

       $_____

**Question 13:**  Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to authorize and permit him rest breaks during the time he performed his job as Preload Supervisor?

       YES _____    NO _____

If your answer to Question 13 was "No," do not answer the next question; instead, skip down to Question 15.  If your answer to Question 13 was "Yes," please answer the next question.

**Question 14:**  What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the rest breaks UPS failed to authorize and permit during the time he worked as Preload Supervisor?

       $_____

Please answer the next question.

**SECTION III – TRAINING AND RETENTION SUPERVISOR**

Plaintiff was a Training and Retention Supervisor with UPS on the following dates:

>   February 1, 2008 through June 1, 2008

**Question 15:** Did UPS prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that in performing his job as Training and Retention Supervisor, plaintiff Ben Lopez was an exempt employee under either the executive exemption or the administrative exemption?

>   YES \_\_\_\_\_          NO \_\_\_\_\_

If your answer to Question 15 was "Yes," do not answer the next questions; instead, skip down to Question 22. If your answer to Question 15 was "No," please answer the next question.

**Question 16:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that he worked overtime hours during the time he performed his job as Training and Retention Supervisor?

>   YES \_\_\_\_\_          NO \_\_\_\_\_

If your answer to Question 16 was "No," do not answer the next question; instead, skip down to Question 18. If your answer to Question 16 was "Yes," please answer the next questions.

**Question 17:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for unpaid overtime for the days he worked as Training and Retention Supervisor?

>   $_____

**Question 18:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to provide him meal breaks during the time he performed his job as Training and Retention Supervisor?

YES _____          NO _____

If your answer to Question 18 was "No," do not answer the next question; instead, skip down to Question 20.  If your answer to Question 18 was "Yes," please answer the next questions.

**Question 19:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the meal breaks UPS failed to provide during the time he worked as Training and Retention Supervisor?

$_____

**Question 20:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to authorize and permit him rest breaks during the time he performed his job as Training and Retention Supervisor?

YES _____          NO _____

If your answer to Question 20 was "No," do not answer the next question; instead, skip down to Question 22.  If your answer to Question 20 was "Yes," please answer the next questions.

**Question 21:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the rest breaks UPS failed to authorize and permit during the time he worked as Training and Retention Supervisor?

$_____

Please answer the next question.

7

**SECTION IV – ON ROAD SUPERVISOR**

Plaintiff was an On Road Supervisor with UPS on the following dates:

    May 13, 2004 through October 8, 2004
    August 1, 2005 through December 31, 2005
    June 2, 2008 through June 24, 2008

**Question 22:** Did UPS prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that in performing his job as On Road Supervisor, plaintiff Ben Lopez was an exempt employee under either the executive exemption or the administrative exemption?

                    YES _____          NO _____

If your answer to Question 22 was "Yes," do not answer the next questions; instead, go to the end of the verdict form, and date and sign it. If your answer to Question 22 was "No," please answer the next question.

**Question 23:** Did UPS prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that in performing his job as On Road Supervisor, plaintiff Ben Lopez was an exempt employee under the Motor Carrier Act exemption?

                    YES _____          NO _____

If your answer to Question 23 was "Yes," do not answer the next questions; instead, skip down to Question 26. If your answer to Question 23 was "No," please answer the next question.

**Question 24:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that he worked overtime hours during the time he performed his job as On Road Supervisor?

                    YES _____          NO _____

If your answer to Question 24 was "No," do not answer the next question; instead, skip down to Question 26. If your answer to Question 24 was "Yes," please answer the next questions.

**Question 25:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for unpaid overtime for the days he worked as On Road Supervisor?

$_____

**Question 26:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to provide him meal breaks during the time he performed his job as On Road Supervisor?

YES \_\_\_\_\_        NO \_\_\_\_\_

If your answer to Question 26 was "No," do not answer the next question; instead, skip down to Question 28. If your answer to Question 26 was "Yes," please answer the next questions.

**Question 27:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the meal breaks UPS failed to provide during the time he worked as On Road Supervisor?

$_____

**Question 28:** Did plaintiff Ben Lopez prove, in accordance with the instructions provided to you and by a preponderance of the evidence, that UPS failed to authorize and permit him rest breaks during the time he performed his job as On Road Supervisor?

YES \_\_\_\_\_        NO \_\_\_\_\_

If your answer to Question 28 was "No," do not answer the next question; instead, go to the end of the verdict form, and date and sign it. If your answer to Question 28 was "Yes," please answer the next question.

9

**Question 29:** What amount of money, including interest, did plaintiff Ben Lopez prove, by a preponderance of the evidence, is owed to him for the rest breaks UPS failed to authorize and permit during the time he worked as On Road Supervisor?

$ _____

Dated:

                                          _____
                                          FOREPERSON