IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LOPEZ, | No. C 08-05396 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. / | |

A jury verdict in favor of defendant and against plaintiff as to certain claims was entered on April 21, 2010. Findings of Fact and Conclusions of Law, determining that defendant prevailed over plaintiff on plaintiff's remaining UCL claim, was entered by the Court on September 14, 2010. Accordingly, judgment is hereby entered in favor of defendant and against plaintiff in this action.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 14, 2010

SUSAN ILLSTON
United States District Judge